UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAKHARA SMITH,

                Plaintiff,

         -against-                                       **ORDER**
                                                                 22 CV 5566 (RPK) (CLP)
ALL CAPITAL MOTORS INC.,
WESTLAKE SERVICES, LLC,

                Defendants.
------------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

       A Status Conference is set before this Court on **January 16, 2025 at 1:45 p.m.** The conference will proceed via CISCO conference call. At 1:45 p.m., please dial 571-353-2301. Enter Meeting ID: 022 788 537.

       Plaintiff is required to advise the Clerk of Court in writing of any change of address. Failure to keep the Court informed of plaintiff's current address means that the Court will not know where to contact plaintiff, and this may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665.

       The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

       **SO ORDERED.**

Dated: Brooklyn, New York
       January 6, 2025                     /s/ Cheryl L. Pollak
                                               Cheryl L. Pollak
                                               United States Magistrate Judge
                                               Eastern District of New York