

**J. IANDOLO LAW**

*8212 3rd Avenue, Brooklyn NY 11228*

*718.305.1702 Office*

*718.395.1732 Fax*

*J.Iandolo@jiandololaw.com*

*Admitted in Ny & NJ*

January 6, 2025

<u>**VIA EMAIL**</u>
The Honorable Cheryl Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re: Takhara Smith v. All Capital Motors et al.**
      Docket No. 22-CV-5566

Dear Judge: Pollak:

      I am writing in regard to the order issued by the Court earlier today scheduling a status conference for **January 16, 2025** in the above-referenced matter. Due to a previously scheduled family matter, I respectfully request that the status conference be rescheduled for the week of **January 20, 2025**, as I will have limited access to both phone and computer during the time currently set for the conference.

      I apologize for any inconvenience this may cause and greatly appreciate the Court's consideration in accommodating this request. If the Court requires, I am happy to coordinate with Plaintiff Takhara Smith, Pro-Se, to propose a mutually convenient date during the requested week.

      Thank you for your understanding.

                     Sincerely,

                     Jeremy M. Iandolo, Esq. /s/