UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAKHARA SMITH,

        Plaintiff,

    - against -

ALL CAPITAL MOTORS INC., *et al.*,

        Defendants.
-----------------------------------------------------------X

**ORDER**
22 CV 5566 (RPK) (CLP)

**POLLAK**, United States Magistrate Judge:

On January 22, 2025, this Court held a Status Conference in the above-captioned case. (See Minute Entry 1/27/2025). Counsel for defendants and Takhara Smith, the *pro se* plaintiff, appeared at the conference. The parties indicated a willingness to continue settlement discussions.

The parties are directed to appear for a Settlement Conference before the undersigned as follows:

| | |
|---|---|
| DATE: | **MARCH 14, 2025** |
| TIME: | **10:15 AM** |
| LOCATION: | Conference will proceed via CISCO conference call. |
| | Please dial 571-353-2301 at 10:15 AM |
| | Enter Access code: 022-788-537 |

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

    **SO ORDERED.**

Dated: Brooklyn, New York
       January 27, 2025

                              /s/ Cheryl L. Pollak

_____
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York