```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAKHARA SMITH,

                        Plaintiff,

        -against-                                                          **ORDER**
                                                                    22 CV 5566 (RPK) (CLP)
ALL CAPITAL MOTORS INC.,
WESTLAKE SERVICES, LLC,

                        Defendants.
-----------------------------------------------------------X
```

**POLLAK**, United States Magistrate Judge:

The parties appeared for a Settlement Conference before the undersigned on April 10, 2025. (See Minute Entry, dated April 11, 2025). Settlement discussions have failed, and thus, the case is now ready for trial.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
      April 14, 2025                     /s/ Cheryl L. Pollak
                                           Cheryl L. Pollak
                                           United States Magistrate Judge
                                           Eastern District of New York